CELLINO & BARNES, P.C., Respondent, v MARTIN, LISTER & AL-VAREZ, PLLC, Appellant.

Submitted June 16, 2014; decided September 4, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of DARRELL CLINTON, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent.

Submitted June 23, 2014; decided September 4, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 1192 (2014)].

In the Matter of the Claim of CHESTER J. COHEN, Respondent. JUST ENERGY MARKETING CORPORATION, Appellant; COMMIS-SIONER OF LABOR, Respondent. (And Seven Other Related Proceedings.)

Submitted June 23, 2014; decided September 4, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of LAURA DEGREGORIO, Doing Business as DGL & GRACE, Appellant, v NEW YORK STATE DEPARTMENT OF LA-BOR UNEMPLOYMENT INSURANCE DIVISION, Respondent.

Submitted June 16, 2014; decided September 4, 2014

Motion for leave to appeal etc. denied.